**FILED**

OCT 3 0 2024

**U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **4:24CR569 RWS/NCC** |
| | ) |
| AKINFOLARIN SESSI, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

## COUNT 1

### (False Statement in a Citizenship Proceeding)

On or about September 25, 2020, within the Eastern District of Missouri, the defendant,

**AKINFOLARIN SESSI,**

did knowingly make a false statement under oath, in a case, proceeding, and matter related to, and under, and by virtue of a law of the United States relating to naturalization, citizenship, and registry of aliens, in that defendant declared on United States Citizenship and Immigration Services Form N-400, styled "Application for Naturalization" that he had only been charged with the crime of careless and imprudent driving and for a defective exhaust, and responded in the negative when asked (1) "Have you EVER committed, assisted in committing, or attempted to commit a crime or offense for which you were not arrested," (2) "Have you EVER been charged with committing, attempting to commit, or assisting in committing a crime or offense," (3) "Have you EVER been convicted of a crime or offense," and (4) "Have you EVER received a suspended sentence, been placed on probation, or been paroled," when defendant then and there well knew that he had been arrested, convicted, and ordered to submit to court supervision or pay fines as punishment for the

commission of various criminal violations which he had not reported in the application, including, but not limited to, the offenses of driving under the influence, resisting arrest, and possession of cannabis between February 24, 2008 and March 16, 2019 in the States of Missouri, Tennessee, and Illinois.

All in violation of Title 18, United States Code, Section 1015(a).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney


_____
TRACY L. BERRY, 014753 TN
Assistant United States Attorney

2